JS-6

Payne & Fears LLP
C. Darryl Cordero [Bar No. 126689]
Email: cdc@paynefears.com
Eric M. Kennedy [Bar No. 228393]
Email: emk@paynefears.com
801 S. Figueroa, Suite 1150
Los Angeles, California 90017
Telephone: (213) 439-9911
Facsimile: (213) 439-9922

Law Offices of Scott Z. Zimmermann
Scott Z. Zimmermann [Bar No. 78694]
Email: szimm@zkcf.com
601 S. Figueroa Street, Suite 2610
Los Angeles, California 90017
Telephone: (213) 452-6509
Facsimile: (213) 622-2171

Attorneys for Plaintiff Edward Simon, D.C., and for all others similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDWARD SIMON, D.C., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RADNET MANAGEMENT, INC. *et al.*,<br><br>Defendants. | Case No. 2:14-cv-7997-BRO (PJWx)<br><br>**Order Dismissing Action Without Prejudice** |

1

1 | Pursuant to the Stipulation of Dismissal of Plaintiff Edward Simon, DC and Defendants RadNet Management, Inc., RadNet, Inc., Beverly Radiology Medical Group III, Pronet Imaging Medical Group, Inc., Breastlink Medical Group, Inc., and Beverly Radiology Medical Group, Inc., the Court enters the parties' Stipulation and ORDERS that this action is dismissed without prejudice, with each party bearing their own costs pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS HEREBY ORDERED**

Dated: February 19, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE